**Exhibit A to the Complaint**

**Location:** Lake Forest, CA
**Total Works Infringed:** 25

**IP Address:** 66.10.131.30
**ISP:** AT&T Internet

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | C7E1857918233A592910E73328FAF50CAE8DFF0F | 10/15/2026 06:06:01 | Blacked Raw | 10/03/2026 | 10/08/2026 | PA0002608382 |
| 2 | D9C935BA3DDC4A0E79108B6A95BA2BCA566686E4 | 10/20/2026 16:39:19 | Blacked Raw | 11/20/2022 | 12/11/2022 | PA0002384733 |
| 3 | BB7B8D081618E43F6603458274732A7506036B44 | 10/18/2026 20:17:14 | Vixen | 08/22/2017 | 09/15/2017 | PA0002052852 |
| 4 | 79B819064C81047DB4B5DC24805ED507D4F82BEB | 10/15/2026 06:04:49 | Milfy | 09/30/2026 | 10/08/2026 | PA0002608379 |
| 5 | 296B525A821A4D640DED74E26D26F80D6F11BC13 | 10/14/2026 16:59:25 | Milfy | 09/09/2026 | 09/17/2026 | PA0002604775 |
| 6 | D852FA52B433E33281CD4D63EF0F9B59CEF29B62 | 10/03/2026 16:05:38 | Blacked Raw | 09/14/2018 | 11/01/2018 | PA0002143423 |
| 7 | 95000608874FECCD1372DCDECE62EA102DC6C9A9 | 10/01/2026 09:10:25 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |
| 8 | 9500E15DF7B556CE80FEE2109CE34BD1355A1337 | 10/01/2026 09:10:24 | Blacked Raw | 03/07/2026 | 03/24/2026 | PA0002575256 |
| 9 | 0FF384B97055ADDE4D92DE0CE121B5B4D18A96AE | 09/25/2026 14:50:07 | Milfy | 09/23/2026 | 10/01/2026 | PA0002607181 |
| 10 | 37C4D2B7375EBB947B365EA5386FBED6283A9D5C | 09/21/2026 18:47:27 | Blacked Raw | 09/03/2026 | 09/09/2026 | PA0002603244 |
| 11 | DFC2F294E3E70E7E375C8B7C091DA9D8BC645A21 | 09/15/2026 05:28:40 | TushyRaw | 09/13/2026 | 09/17/2026 | PA0002604759 |
| 12 | E90E80ABD78C5B3B6F1FE02BE8710242B641A852 | 08/17/2026 23:54:37 | Milfy | 04/30/2025 | 05/21/2025 | PA0002531908 |
| 13 | 962F5253A2A69B760E058F3864B9403F8E96F269 | 08/17/2026 21:07:41 | Milfy | 04/08/2026 | 04/24/2026 | PA0002582390 |
| 14 | 52926D4288DAB867C30AFFB33E4AC6D5CD4F8636 | 08/17/2026 06:02:28 | Milfy | 08/12/2026 | 08/19/2026 | PA0002599828 |
| 15 | E962B72E2D0C5ED6A3B21501D42C4ACB2E9FAF26 | 08/17/2026 06:02:21 | Tushy | 06/21/2026 | 06/24/2026 | PA0002590633 |
| 16 | 95F14536A3EE25A8E8C5E4A45857177270F9AD8E | 08/08/2026 16:45:34 | Wifey | 08/01/2026 | 08/05/2026 | PA0002608067 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 90C4D121224267CF29B8B6785393DD0FC4631FE2 | 08/08/2026 16:45:16 | TushyRaw | 08/02/2026 | 08/05/2026 | PA0002597691 |
| 18 | 54F725BEE659BA81756CD244E0C4B76F182DDD3B | 07/21/2026 15:30:27 | Vixen | 06/26/2026 | 07/01/2026 | PA0002591690 |
| 19 | F105A926AFBE7324CED84D565D1C543196F8C99C | 07/20/2026 06:25:08 | Tushy | 07/19/2026 | 07/29/2026 | PA0002596439 |
| 20 | CB9F8AFD47812DD383A234B59A44DCBFC331A615 | 07/20/2026 06:12:15 | TushyRaw | 07/19/2026 | 07/29/2026 | PA0002596421 |
| 21 | 11AC5B489D7C2F2C4CFF5F5ED3E8D44933030E26 | 07/17/2026 21:26:55 | Blacked | 07/17/2026 | 07/29/2026 | PA0002596424 |
| 22 | 6796164902BD95EF9B8E170884B45471E3132760 | 07/16/2026 00:51:48 | Milfy | 07/15/2026 | 07/29/2026 | PA0002596409 |
| 23 | 3D50A5AF4631CA0089E7BEC5790BB0024768583E | 07/13/2026 02:23:35 | Tushy | 07/12/2026 | 07/15/2026 | PA0002593944 |
| 24 | A64614E0F3C27895DAFD6F0D8E559E97F8478B4E | 06/12/2026 06:33:36 | Milfy | 11/27/2024 | 12/13/2024 | PA0002506274 |
| 25 | A80DE9DD8EDD6A43520253A42502CF864F1E7F15 | 06/09/2026 20:49:23 | Wifey | 03/28/2026 | 04/16/2026 | PA0002590207 |